**LINDEMANN LAW FIRM, APC**
BLAKE J. LINDEMANN, SBN 255747
PO SATIA WAGHALTER, SBN 236612
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Telephone: (310) 279-5269
Facsimile:  (310) 300-0267
E-Mail:     blake@lawbl.com

Attorneys For Plaintiff
MICHELLE KELLY AND THE INTERIM CLASS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE KELLY, an individual, on behalf of herself and those similarly situated,<br><br>v.<br><br>BAY AREA TOLL AUTHORITY; GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT; XEROX STATE AND LOCAL SOLUTIONS, INC., and DOES 1-100,<br><br>Defendants. | Case No.  3:16-cv-06837-RS<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS; [~~PROPOSED~~] ORDER**<br><br>**[PRIVACY CLASS ACTION]**<br><br>The Honorable Richard Seeborg |

## STIPULATION

This Stipulation is entered into by and between lead plaintiff, Michelle Kelly ("Plaintiff") and defendants Bay Area Toll Authority, Golden Gate Bridge, Highway and Transportation District, and Xerox State and Local Solutions, Inc. (collectively, the "Defendants") by and through their respective attorneys of record.

WHEREAS, Plaintiff's Class Action Complaint ("Complaint") was removed to this Court on November 28, 2016;

WHEREAS, on January 6, 2016, each of the Defendants filed a Motion to Dismiss the Complaint (collectively, the "Motions");

WHEREAS pursuant to Northern District of California Local Rules 7-2 and 7-3, the Parties agree that this Motion involves several questions of law requiring an extended period by which the parties may respond and reply;

IT IS HEREBY STIPULATED, pursuant to Northern District of California Local Rules 7-2 and 7-3, by and between the undersigned counsel for the parties that:

Plaintiff's oppositions to the Motions (or an amended pleading) shall be filed on or before February 3, 2017;

Defendants' replies in support of their Motions shall be filed on or before February 16, 2017;

IT IS FURTHER STIPULATED, that by entering into this Stipulation, Defendants are not waiving their right to seek a stay of all discovery in this matter pending the Court's ruling on Defendants' Motions to Dismiss, including a stay on providing initial disclosures and engaging in a Rule 26(f) conference.

DATED: January 19, 2017                              LINDEMANN LAW FIRM, APC


                                               */s/ Blake J. Lindemann*
                                              BLAKE J. LINDEMANN
                                              Attorneys for Plaintiff
                                              MICHELLE KELLY

DATED: January 19, 2017    LAW OFFICES OF DAREN SCHLECTER

 */s/ Daren M. Schlecter*
DAREN M. SCHLECTER
Attorneys for Plaintiff
MICHELLE KELLY

DATED: January 24, 2017    LAFAYETTE & KUMAGAI LLP

 */s/*
REBECCA K. KIMURA
Attorney for Defendants
XEROX STATE AND LOCAL SOLUTIONS, INC.

DATED: January 19, 2017    HANSON BRIDGETT LLP

 */s/*
SAMANTHA D. WOLFF
Attorney for Defendants
GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT AND BAY AREA TOLL AUTHORITY

**ECF ATTESTATION**

I, Blake J. Lindemann, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: January 24, 2017                LINDEMANN LAW FIRM, APC


 */s/ Blake J. Lindemann*
BLAKE J. LINDEMANN


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: __1/25_____, 2017

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

CASE NO. 16-cv-06837-RS
STIPULATION AND ORDER                                                                 4