LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 88666)
REBECCA K. KIMURA (SBN 220420)
MELISSA A. DUBBS (SBN 163650)
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant
XEROX STATE & LOCAL SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE KELLY, an individual, on behalf of herself and those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BAY AREA TOLL AUTHORITY; GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT; XEROX STATE AND LOCAL SOLUTIONS, INC.; and DOES 1-100,<br><br>    Defendants. | Case No. 3:16-cv-06837-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES IN THE COURT'S JANUARY 27, 2017 ORDER REQUIRING PARTIES TO MEET AND CONFER**<br><br>Action Filed: September 7, 2016<br>Action Removed: November 28, 2016 |

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES IN THE COURT'S JANUARY 27, 2017 ORDER REQUIRING PARTIES TO MEET AND CONFER (Case No. 3:16-cv-06837)

**STIPULATION AND REQUEST**

Plaintiff Michelle Kelly ("Plaintiff") and Defendants XEROX STATE AND LOCAL SOLUTIONS, INC. ("Xerox"), BAY AREA TOLL AUTHORITY ("BATA") and GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT ("the District") (collectively "Defendants") (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:

WHEREAS, on January 18, 2017, Xerox filed a letter with the Court requesting guidance on a discovery dispute with Plaintiff;

WHEREAS, on January 20, 2017, Plaintiff filed a letter with the Court in response;

WHEREAS, on January 27, 2017, the Court issued an Order Requiring Parties to Meet and Confer over the items in the discovery letters (the "Order");

WHEREAS, paragraph 2 of the Order requires the Parties to meet and confer and file a joint supplemental letter reflecting the results of those efforts by February 8, 2017;

WHEREAS, pursuant to the Order, the Parties met and conferred by telephone on January 30, 2017, February 2, 2017 and February 6, 2017 over the items in Xerox's and Plaintiff's discovery letters;

WHEREAS, the Parties are continuing to meet and confer and have scheduled another call for February 10, 2017 to discuss the items in their discovery letters;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective attorneys of record that the deadline to file a joint supplemental letter reflecting the results of the Parties' meet and confer efforts be extended for one week to February 15, 2017.

DATED:  February 7, 2017            LINDEMANN LAW FIRM, APC

                                             */s/  Blake J. Lindemann*

                                            BLAKE J. LINDEMANN
                                            Attorneys for Plaintiff
                                            MICHELLE KELLY

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES IN THE COURT'S JANUARY 27, 2017 ORDER REQUIRING PARTIES TO MEET AND CONFER (Case No. 3:16-cv-06837)

DATED: February 6, 2017    LAFAYETTE & KUMAGAI LLP

   /s/ Rebecca K. Kimura
REBECCA K. KIMURA
Attorney for Defendants
XEROX STATE AND LOCAL SOLUTIONS, INC.

DATED: February 7, 2017    HANSON BRIDGETT LLP

   /s/ Samantha D. Wolff
SAMANTHA D. WOLFF
Attorney for Defendants GOLDEN GATE
BRIDGE, HIGHWAY AND TRANSPORTATION
DISTRICT AND BAY AREA TOLL AUTHORITY

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Blake Lindemann, counsel for Plaintiff, and Samantha Wolff, counsel for Defendants Golden Gate Bridge, Highway and Transportation District and Bay Area Toll Authority, for the filing of this stipulation.

   /s/ Rebecca K. Kimura

**ORDER**

Good cause appearing therefor and pursuant to the parties' stipulation, it is hereby ORDERED that the deadline to propose a special master for appointment and the deadline to file a joint supplemental letter reflecting the results of the Parties' meet and confer efforts be extended for one week to February 15, 2017.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/7, 2017

RICHARD SEEBORG
United States District Judge

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES IN THE COURT'S JANUARY 27, 2017 ORDER REQUIRING PARTIES TO MEET AND CONFER (Case No. 3:16-cv-06837)