LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 88666)
REBECCA K. KIMURA (SBN 220420)
MELISSA A. DUBBS (SBN 163650)
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:  (415) 357-4600
Facsimile:  (415) 357-4605

Attorneys for Defendant
XEROX STATE & LOCAL SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE KELLY, an individual, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAY AREA TOLL AUTHORITY; GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT; XEROX STATE AND LOCAL SOLUTIONS, INC.; and DOES 1-100,<br><br>Defendants. | Case No. 3:16-cv-06837-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE DATES IN THE COURT'S JANUARY 27, 2017 ORDER REQUIRING PARTIES TO MEET AND CONFER**<br><br>Action Filed:  September 7, 2016<br>Action Removed:  November 28, 2016 |

**STIPULATION AND REQUEST**

Plaintiff Michelle Kelly ("Plaintiff") and Defendants XEROX STATE AND LOCAL SOLUTIONS, INC. ("Xerox"), BAY AREA TOLL AUTHORITY ("BATA") and GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT ("the District") (collectively "Defendants") (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:

WHEREAS, on January 18, 2017, Xerox filed a letter with the Court requesting guidance on a discovery dispute with Plaintiff;

STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE DATES IN THE COURT'S JANUARY 27, 2017 ORDER REQUIRING PARTIES TO MEET AND CONFER
(Case No. 3:16-cv-06837)

1

1    WHEREAS, on January 20, 2017, Plaintiff filed a letter with the Court in response;

2    WHEREAS, on January 27, 2017, the Court issued an Order Requiring Parties to Meet
3 and Confer over the items in the discovery letters (the "Order");

4    WHEREAS, paragraph 2 of the Order requires the Parties to meet and confer and file a
5 joint supplemental letter reflecting the results of those efforts by February 8, 2017;

6    WHEREAS, on February 7, 2017, the Parties filed a Stipulation and Proposed Order
7 requesting to continue the deadline to file a joint supplemental letter to February 15, 2017;

8    WHERAS, on February 7, 2017, the Court granted the Parties request to extend the
9 deadline to February 15, 2017;

10    WHEREAS, pursuant to the Order, the Parties met and conferred by telephone on January
11 30, 2017, February 2, 2017, February 6, 2017 and February 14, 2017, and by email on February
12 14, 2017 and February 15, 2017, over the items in Xerox's and Plaintiff's discovery letters;

13    WHEREAS, the Parties are continuing to meet and confer to discuss the items in their
14 discovery letters;

15    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through
16 their respective attorneys of record that the deadline to file a joint supplemental letter reflecting
17 the results of the Parties' meet and confer efforts be extended for two days to February 17, 2017.

19 DATED: February 15, 2017        LINDEMANN LAW FIRM, APC

21                                  /s/  Blake J. Lindemann
                                   _____
22                                 BLAKE J. LINDEMANN
                                   Attorneys for Plaintiff
23                                 MICHELLE KELLY

25 DATED: February 15, 2017        LAFAYETTE & KUMAGAI LLP

26                                  /s/  Rebecca K. Kimura
27                                 REBECCA K. KIMURA
                                   Attorney for Defendants
28                                 XEROX STATE AND LOCAL SOLUTIONS, INC.

2

STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE DATES IN THE COURT'S
JANUARY 27, 2017 ORDER REQUIRING PARTIES TO MEET AND CONFER
(Case No. 3:16-cv-06837)

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

DATED: February 15, 2017            HANSON BRIDGETT LLP

                                                       */s/    Samantha D. Wolff*
SAMANTHA D. WOLFF
Attorney for Defendants GOLDEN GATE
BRIDGE, HIGHWAY AND TRANSPORTATION
DISTRICT AND BAY AREA TOLL AUTHORITY

### SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence of Blake Lindemann, counsel for Plaintiff, and Samantha Wolff, counsel for Defendants Golden Gate Bridge, Highway and Transportation District and Bay Area Toll Authority, for the filing of this stipulation.

                                                       */s/ Rebecca K. Kimura*

### ORDER

Good cause appearing therefor and pursuant to the parties' stipulation, it is hereby ORDERED that the deadline to propose a special master for appointment and the deadline to file a joint supplemental letter reflecting the results of the Parties' meet and confer efforts be extended for two days to February 17, 2017.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/16 , 2017

                                                      RICHARD SEEBORG
                                                      United States District Judge

STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE DATES IN THE COURT'S JANUARY 27, 2017 ORDER REQUIRING PARTIES TO MEET AND CONFER
(Case No. 3:16-cv-06837)

3