LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 88666)
REBECCA K. KIMURA (SBN 220420)
MELISSA A. DUBBS (SBN 163650)
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant
XEROX STATE & LOCAL SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE KELLY, an individual, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAY AREA TOLL AUTHORITY; GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT; XEROX STATE AND LOCAL SOLUTIONS, INC.; and DOES 1-100,<br><br>Defendants. | Case No. 3:16-cv-06837-RS<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>Action Filed:   September 7, 2016<br>Action Removed: November 28, 2016<br>Amended Complaint Filed: February 3, 2017 |

## STIPULATION

Plaintiff Michelle Kelly ("Plaintiff") and Defendants XEROX STATE AND LOCAL SOLUTIONS, INC. ("Xerox"), BAY AREA TOLL AUTHORITY ("BATA") and GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT ("the District") (collectively "Defendants") (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:

WHEREAS, Plaintiff filed an Amended Class Action Complaint ("Amended Complaint") on February 3, 2017;

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS (Case No. 3:16-cv-06837)

1

WHEREAS, Defendants' responses to the Amended Complaint are due February 17, 2017;

WHEREAS, each of the Defendants intend to file a Motion to Dismiss the Amended Complaint (collectively, the "Motions") and seek a short extension of time to file their Motions to February 24, 2017;

WHEREAS pursuant to Northern District of California Local Rules 7-2 and 7-3, the Parties agree that this Motion involves several questions of law requiring an extended period by which the parties may respond and reply;

IT IS HEREBY STIPULATED, pursuant to Northern District of California Local Rules 7-2 and 7-3, by and between the undersigned counsel for the parties that:

1. Defendants' time to respond to the Amended Complaint and file Motions shall be extended to February 24, 2017;

2. Plaintiff's oppositions to the Motions shall be filed on or before March 17, 2017;

3. Defendants' replies in support of their Motions shall be filed on or before April 6, 2017;

4. The hearing on the Motions shall be scheduled for April 20, 2017.

DATED: February 15, 2017     LINDEMANN LAW FIRM, APC

  */s/ Blake J. Lindemann*_____
BLAKE J. LINDEMANN
Attorneys for Plaintiff
MICHELLE KELLY

DATED: February 15, 2017     LAFAYETTE & KUMAGAI LLP

  */s/ Rebecca K. Kimura*_____
REBECCA K. KIMURA
Attorney for Defendants
XEROX STATE AND LOCAL SOLUTIONS, INC.

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

DATED: February 15, 2017         HANSON BRIDGETT LLP

                                           /s/ Samantha D. Wolff
                                          SAMANTHA D. WOLFF
                                          Attorney for Defendants
                                          GOLDEN GATE BRIDGE, HIGHWAY AND
                                          TRANSPORTATION DISTRICT AND BAY
                                          AREA TOLL AUTHORITY

### SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence of Blake Lindemann, counsel for Plaintiff, and Samantha Wolff, counsel for Defendants Golden Gate Bridge, Highway and Transportation District and Bay Area Toll Authority, for the filing of this stipulation.

                                           /s/ Rebecca K. Kimura
                                          REBECCA K. KIMURA

### ORDER

Good cause appearing therefor and pursuant to the parties' stipulation, it is hereby ORDERED that:

1. Defendants' time to respond to the Amended Complaint and file Motions shall be extended to February 24, 2017;

2. Plaintiff's oppositions to the Motions shall be filed on or before March 17, 2017;

3. Defendants' replies in support of their Motions shall be filed on or before April 6, 2017;

4. The hearing on the Motions shall be scheduled for April 20, 2017.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __2/16__, 2017         _[signature]_
                                                    RICHARD SEEBORG
                                                    United States District Judge