LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 88666)
REBECCA K. KIMURA (SBN 220420)
MELISSA A. DUBBS (SBN 163650)
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:  (415) 357-4600
Facsimile:  (415) 357-4605

Attorneys for Defendant
XEROX STATE & LOCAL SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE KELLY, an individual, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAY AREA TOLL AUTHORITY; GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT; XEROX STATE AND LOCAL SOLUTIONS, INC.; and DOES 1-100,<br><br>Defendants. | Case No. 3:16-cv-06837-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE DATES IN THE COURT'S JANUARY 27, 2017 ORDER REQUIRING PARTIES TO MEET AND CONFER**<br><br>Action Filed:  September 7, 2016<br>Action Removed:  November 28, 2016 |

## STIPULATION AND REQUEST

Plaintiff Michelle Kelly ("Plaintiff") and Defendants XEROX STATE AND LOCAL SOLUTIONS, INC. ("Xerox"), BAY AREA TOLL AUTHORITY ("BATA") and GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT ("the District") (collectively "Defendants") (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:

WHEREAS, on January 18, 2017, Xerox filed a letter with the Court requesting guidance on a discovery dispute with Plaintiff;

STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE DATES IN THE COURT'S JANUARY 27, 2017 ORDER REQUIRING PARTIES TO MEET AND CONFER
(Case No. 3:16-cv-06837)

1

1   WHEREAS, on January 20, 2017, Plaintiff filed a letter with the Court in response;

2   WHEREAS, on January 27, 2017, the Court issued an Order Requiring Parties to Meet

3   and Confer over the items in the discovery letters (the "Order");

4   WHEREAS, paragraph 2 of the Order requires the Parties to meet and confer and file a

5   joint supplemental letter reflecting the results of those efforts by February 8, 2017;

6   WHEREAS, pursuant to the Order, the Parties met and conferred by telephone on

7   January 30, 2017, February 2, 2017 and February 6, 2017 over the items in Xerox's and

8   Plaintiff's discovery letters;

9   WHEREAS, on February 7, 2017, the Parties filed a Stipulation and Proposed Order

10   requesting to continue the deadline to file a joint supplemental letter to February 15, 2017;

11   WHERAS, on February 7, 2017, the Court granted the Parties request to extend the

12   deadline to February 15, 2017;

13   WHEREAS, the Parties continued to meet and confer on February 14, 2017, and by email

14   on February 14, 2017 and February 15, 2017 over the items in Xerox's and Plaintiff's discovery

15   letters;

16   WHEREAS, on February 15, 2017, the Parties did not conclude their meet and confer

17   efforts and requested another continuance of the deadline to file a joint supplemental letter to

18   February 17, 2017;

19   WHEREAS, on February 16, 2017, the Court granted the Parties request;

20   WHEREAS, the Parties continued to meet and confer on February 17, 2017 but have not

21   concluded their efforts, and plan to continue to meet and confer on February 21, 2017 over the

22   items in Xerox's and  Plaintiff's discovery letters;

23   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through

24   their respective attorneys of record that the deadline to file a joint supplemental letter reflecting

25   the results of the Parties' meet and confer efforts be extended to February 22, 2017.

26   ///

27   ///

28   ///

STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE DATES IN THE COURT'S
JANUARY 27, 2017 ORDER REQUIRING PARTIES TO MEET AND CONFER
(Case No. 3:16-cv-06837)                                                                                         2

| | |
|---|---|
| DATED:  February 17, 2017 | LINDEMANN LAW FIRM, APC |
| | |
| | */s/  Blake J. Lindemann*<br>BLAKE J. LINDEMANN<br>Attorneys for Plaintiff<br>MICHELLE KELLY |
| | |
| DATED:  February 17, 2017 | LAFAYETTE & KUMAGAI LLP |
| | |
| | */s/  Rebecca K. Kimura*<br>REBECCA K. KIMURA<br>Attorney for Defendants<br>XEROX STATE AND LOCAL SOLUTIONS, INC. |
| | |
| DATED:  February 17, 2017 | HANSON BRIDGETT LLP |
| | |
| | */s/     Samantha D. Wolff*<br>SAMANTHA D. WOLFF<br>Attorney for Defendants GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT AND BAY AREA TOLL AUTHORITY |

### SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence of Blake Lindemann, counsel for Plaintiff, and Samantha Wolff, counsel for Defendants Golden Gate Bridge, Highway and Transportation District and Bay Area Toll Authority, for the filing of this stipulation.

   */s/ Rebecca K. Kimura*

---

STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE DATES IN THE COURT'S JANUARY 27, 2017 ORDER REQUIRING PARTIES TO MEET AND CONFER
(Case No. 3:16-cv-06837)

# **ORDER**

Good cause appearing therefor and pursuant to the parties' stipulation, it is hereby ORDERED that the deadline to propose a special master for appointment and the deadline to file a joint supplemental letter reflecting the results of the Parties' meet and confer efforts be extended to February 22, 2017.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/17, 2017

_____
RICHARD SEEBORG
United States District Judge

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE DATES IN THE COURT'S JANUARY 27, 2017 ORDER REQUIRING PARTIES TO MEET AND CONFER
(Case No. 3:16-cv-06837)   4